THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD P. VANCIL and DEBORAH Y. VANCIL, husband and wife,<br><br>   Plaintiffs,<br><br>   v.<br><br>FIDELITY NATIONAL TITLE INSURANCE CO., a corporation; U.S. BANK N.A., a Delaware corporation, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-OPTI; and AMERICAN HOME MORTGAGE SERVICING, INC., a corporation now known as HOMEWARD RESIDENTIAL,<br><br>   Defendants. | No. 3:12-cv-05775-BHS<br><br>ORDER GRANTING AGREED MOTION REGARDING EXTENSION OF TRIAL DATE AND PRETRIAL DEADLINES |

The Court, having considered the Agreed Motion Regarding Extension of Trial Date and Pretrial Deadlines filed with the Court on August 20, 2013, and being fully advised in the premises, now, therefore, it is hereby **ORDERED** that the Agreed Motion Regarding Extension of Trial Date and Pretrial Deadlines is hereby GRANTED. Accordingly, the pretrial deadlines are amended as follows:

ORDER GRANTING AGREED MOTION REGARDING
TRIAL CONTINUANCE AND EXTENSION OF
PRETRIAL DEADLINES
(No. 3:12-cv-05775 BHS) – 1
71045-0120/LEGAL27624289.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

- Agreed pretrial order filed with the court by: September 17, 2013 (from August 19, 2013);

- Trial briefs and proposed findings and conclusions due: September 18, 2013 (from August 20, 2013);

- Pretrial conference: September 24, 2013 at 3:30 p.m. (from August 26, 2013);

- Three day bench trial: October 9, 2013 at 9:00 a.m. (from September 10, 2013).

**IT IS SO ORDERED**.

DATED this 22nd day of August, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Frederick B. Rivera*
Frederick B. Rivera, WSBA No. 23008
FRivera@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

ORDER GRANTING AGREED MOTION REGARDING
TRIAL CONTINUANCE AND EXTENSION OF
PRETRIAL DEADLINES
(No. 3:12-cv-05775 BHS) – 2
71045-0120/LEGAL27624289.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that, on August 20, 2013, he caused the foregoing document to be served on all counsel of record listed below and in the manner shown:

| | |
|---|---|
| Alan Scott Middleton<br>Law Offices of Alan S. Middleton<br>1501 N. 200th Street<br>Suite 102<br>Shoreline, WA 98133<br><br>*Attorney for Plaintiffs* | ___ Via hand delivery<br>___ Via U.S. Mail, First Class,<br>    Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via E-filing |
| Erin McDougal Stines<br>Fidelity National Law Group<br>1200 6th Avenue, Suite 620<br>Seattle, WA 98101<br><br>*Attorneys for Defendant Fidelity<br>National Title Insurance Company* | ___ Via hand delivery<br>___ Via U.S. Mail, First Class,<br>    Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via E-filing |

Dated at Seattle, Washington, this 20th day of August, 2013.

*s/ Frederick B. Rivera, WSBA No. 23008*
Frederick B. Rivera, WSBA No. 23008

CERTIFICATE OF SERVICE
(No. 3:12-cv-05775 BHS) – 1

71045-0120/LEGAL27624289.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000