THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD P. VANCIL and DEBORAH
Y. VANCIL, husband and wife,

              Plaintiffs,

    v.

FIDELITY NATIONAL TITLE
INSURANCE CO., a corporation; U.S.
BANK N.A., a Delaware corporation, as
Trustee for Merrill Lynch Mortgage
Investors Trust, Mortgage Loan Asset-
Backed Certificates, Series 2006-OPTI;
and AMERICAN HOME MORTGAGE
SERVICING, INC., a corporation now
known as HOMEWARD RESIDENTIAL,

              Defendants.

No. 3:12-cv-05775-BHS

ORDER GRANTING AGREED MOTION
REGARDING EXTENSION OF TRIAL
DATE AND PRETRIAL DEADLINES

       The Court, having considered the Agreed Motion Regarding Extension of Trial Date and

Pretrial Deadlines filed with the Court on August 20, 2013, and being fully advised in the

premises, now, therefore, it is hereby **ORDERED** that the Agreed Motion Regarding Extension

of Trial Date and Pretrial Deadlines is hereby GRANTED. Accordingly, the pretrial deadlines

are amended as follows:

ORDER GRANTING AGREED MOTION REGARDING
TRIAL CONTINUANCE AND EXTENSION OF
PRETRIAL DEADLINES
(No. 3:12-cv-05775 BHS) – 1
71045-0120/LEGAL27624289.1

- Agreed pretrial order filed with the court by:  September 17, 2013 (from August 19, 2013);

- Trial briefs and proposed findings and conclusions due:  September 18, 2013 (from August 20, 2013);

- Pretrial conference:  September 24, 2013 at 3:30 p.m. (from August 26, 2013);

- Three day bench trial:  October 9, 2013 at 9:00 a.m. (from September 10, 2013).

**IT IS SO ORDERED**.

DATED this 22nd day of August, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_s/ Frederick B. Rivera_____
Frederick B. Rivera, WSBA No. 23008
FRivera@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

ORDER GRANTING AGREED MOTION REGARDING
TRIAL CONTINUANCE AND EXTENSION OF
PRETRIAL DEADLINES
(No. 3:12-cv-05775 BHS) – 2
71045-0120/LEGAL27624289.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that, on August 20, 2013, he caused the foregoing document to be served on all counsel of record listed below and in the manner shown:

Alan Scott Middleton                          ___  Via hand delivery
Law Offices of Alan S. Middleton              ___  Via U.S. Mail, First Class,
1501 N. 200th Street                                Postage Prepaid
Suite 102                                     ___  Via Overnight Delivery
Shoreline, WA  98133                               Via Facsimile
                                              _X_  Via E-filing
*Attorney for Plaintiffs*


Erin McDougal Stines                          ___  Via hand delivery
Fidelity National Law Group                   ___  Via U.S. Mail, First Class,
1200 6th Avenue, Suite 620                          Postage Prepaid
Seattle, WA  98101                            ___  Via Overnight Delivery
                                                   Via Facsimile
*Attorneys for Defendant Fidelity*            _X_  Via E-filing
*National Title Insurance Company*


Dated at Seattle, Washington, this 20th day of August, 2013.

                              *s/ Frederick B. Rivera, WSBA No. 23008*
                              Frederick B. Rivera, WSBA No. 23008

CERTIFICATE OF SERVICE
(No. 3:12-cv-05775 BHS) – 1

71045-0120/LEGAL27624289.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax:  206.359.9000